

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Fred V. Meridith
County Attorney
Kaufman County
Kaufman, Texas

Dear Sir:

Opinion No. O-6975

Re: Fees of district clerk
for making certified
copy of divorce decree.

We have received your request for our Opinion on the hereinabove captioned matter and we quote from your latter as follows:

"Our District Clerk has advised that she is in a quandary concerning the fee to be charged for a certified copy of a formal divorce.

"Our Clerk has been advised by the District Clerk of Dallas County that they charge $1.50 for such certified copies. Our Clerk has been following the same rule since the passage of the amendment to Article 3927 by the last Legislature. Now it appears that some of the attorneys are complaining that the fee is more than that allowed by law under the new statute.

"Please advise how and what fee the Clerk should charge for such certified copies. I find that the new statute contains no increase in fees for the certificate and seal, 50¢, and for making copies of judgments, for each 100 words, 15¢.

"Should the Clerk count the words and charge for such certified copies at the rate of 15¢ per 100 words plus 50¢ for certificate and seal, or is there some other definite fee prescribed?"

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

We assume from reading your opinion request that you are desirous of knowing what fee the District Clerk is authorized to charge for making a certified copy of a divorce decree or judgment.

Article 3927, Vernon's Annotated Civil Statutes, reads in part as follows:

"The clerks of the District Courts shall receive the following fees in civil cases for their services:

"Certificate and seal on any copy          $ .50

"* * *

"Making copy of all records, judgments, orders, petitions, pleadings, or papers on file in his office, whether to be certified or not, for any party applying for same, for each 100 words                     .15"

Generally speaking, it is well-established in this State that statutes prescribing fees for public officers are strictly construed; and hence a right to fees may not rest in implication. (See the cases of McColla vs. City of Rockdale, 246 S. W. 654; Binford vs. Robinson, 244 S. W. 807; and Tex. Jur. Vol. 34, p. 508).

It is stated in Tex. Jur. Vol. 34, p. 511:

"As hereinbefore stated, the compensation of public officers is fixed by the Constitution or statutes. An officer may not claim or reach any money without a law authorizing him to do so, and clearly fixing the amount to which he is entitled."

The above quoted provisions of Art. 3927 are clear and definite as to the fee that the District Clerk is authorized to charge for making a certified copy of a judgment. It is therefore our opinion that the clerk can only charge fifteen cents for copying each one hundred words of a divorce decree

Hon. Fred V. Meridith,  page 3


plus an additional sum of fifty cents for making the cer-
tificate and affixing his seal on said instrument.

                         Yours very truly,

                    ATTORNEY GENERAL OF TEXAS

                  By        J. C. Davis, Jr.
                            J. C. Davis, Jr.
JCD:LJ                          Assistant


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN